THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. BAILEY, *et al.*, | CASE NO. C18-1405-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RREEF AMERICA, L.L.C., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for withdrawal and substitution of counsel (Dkt. No. 11). The motion is GRANTED. Gregory G. Wallace and the Law Office of Estabrook & Wallace are permitted leave to withdraw as counsel for Defendants in this case. Martin J. Pujolar, Paul S. Smith, and Forsberg & Umlauf, P.S. shall be substituted as new counsel for Defendant.

DATED this 13th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk