THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. BAILEY and GAIL BAILEY, individually and as husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> RREEF AMERICA, L.L.C., a Delaware limited liability company, *et al.*, <br><br> Defendants. | CASE NO. C18-1405-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the complaint (Dkt. No. 15). The Court hereby GRANTS Plaintiffs leave to amend the complaint to add RREEF America Reit II Portfolio, LP as a defendant.

DATED this 23rd day of December 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk