THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. BAILEY and GAIL BAILEY, individually and as husband and wife,<br><br>                  Plaintiffs,<br>   v.<br><br>RREEF AMERICA, L.L.C., a Delaware limited liability company, *et al.*,<br><br>                  Defendants. | CASE NO. C18-1405-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion for an order amending case management dates regarding expert disclosures and extending the discovery cutoff date (Dkt. No. 22). The Court hereby GRANTS the motion. The amended deadline for expert disclosures and reports is May 1, 2020. The discovery cutoff date is extended to June 5, 2020.

DATED this 11th day of March 2020.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk