THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. BAILEY and GAIL BAILEY, individually and as husband and wife, <br><br> Plaintiffs, <br><br>    v. <br><br> RREEF AMERICA, L.L.C., a Delaware limited liability company, *et al.*, <br><br> Defendants. | CASE NO. C18-1405-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend case deadlines (Dkt. No. 24). The Court hereby GRANTS the motion and ORDERS the parties to adhere to the following case schedule:

| Activity | Date/Deadline |
|---|---|
| Expert Disclosures | July 1, 2020 |
| Rebuttal Expert Reports | August 1, 2020 |
| Discovery Cutoff | September 21, 2020 |
| Dispositive Motion Deadline | October 7, 2020 |
| 39.1 Mediation | October 7, 2020 |
| Proposed Pretrial Order | December 30, 2020 |
| Trial Brief, Voir Dire, Jury Instruction | January 7, 2021 |
| Trial [Estimated twelve-day jury trial] | January 11, 2021 |

MINUTE ORDER
C18-1405-JCC
PAGE - 1

DATED this 20th day of April 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1405-JCC
PAGE - 2