THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. BAILEY and GAIL BAILEY, individually and as husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> RREEF AMERICA, L.L.C., a Delaware limited liability company, *et al.*, <br><br> Defendants. | CASE NO. C18-1405-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery cutoff date (Dkt. No. 33). The Court hereby GRANTS the motion and ORDERS that the parties must conclude discovery by October 12, 2020.

DATED this 7th day of August 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C18-1405-JCC
PAGE - 1