THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. BAILEY and GAIL BAILEY, individually as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>RREEF AMERICA, L.L.C., a Delaware limited liability company, *et al.*,<br><br>Defendant. | CASE NO. C18-1405-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 35). The Court hereby ORDERS the parties to file a stipulated dismissal or joint status report regarding the parties' progress in finalizing settlement within 60 days of the date this minute order is issued. The Clerk is DIRECTED to statistically close this case.

DATED this 27th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1405-JCC
PAGE - 1