THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. BAILEY and GAIL BAILEY, individually and as husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> RREEF AMERICA, L.L.C., a Delaware limited liability company, *et al.*, <br><br> Defendants. | CASE NO. C18-1405-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated notice of dismissal (Dkt. No. 37). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties nevertheless request that the Court enter a proposed order filed with their stipulation. However, Defendants' counsel signed the stipulation on behalf of both Defendants and Plaintiffs. Although Defendants' counsel notes that Plaintiffs consented to him signing on behalf of Plaintiffs, this is not an authorized method of signing documents under the Court's Electronic Filing Procedures. *See* W.D. Wash. Electronic Filing Procedures, https://www.wawd.uscourts.gov/sites/wawd/files/ECFFilingProcedures.pdf; *see also* LCR

MINUTE ORDER
C18-1405-JCC
PAGE - 1

10(e)(4). Because the notice of dismissal is not "signed by all parties" as required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court DENIES without prejudice the parties' request to enter the proposed order of dismissal.

DATED this 23rd day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
