THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. BAILEY and GAIL BAILEY, individually and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>RREEF AMERICA, L.L.C., a Delaware limited liability company, *et al.*,<br><br>Defendants. | CASE NO. C18-1405-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second stipulated notice of dismissal (Dkt. No. 39). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties nevertheless request that the Court enter a proposed order filed with their stipulation.

The parties have stipulated to dismissing all claims with prejudice, and the stipulation is signed by all parties who have appeared. (*See* Dkt. No. 39.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice and without costs to any party, with each party to bear its own

1    attorney fees and other litigation expenses. The Clerk is directed to CLOSE this case.

2         DATED this 26th day of October 2020.

3                                          William M. McCool
                                           Clerk of Court
4

5                                          s/Tomas Hernandez
                                           Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C18-1405-JCC
PAGE - 2